**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:** Jeffrey P. Colwell, Clerk

**FROM:** Judge Robert E. Blackburn

**DATE:** August 7, 2023

**RE:** Civil Action No. 23-cv-01607
Angelo v. The Board of County Commissioners of Jefferson County, Colorado et al

    Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.