## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo; and
K.L., a minor, by and through his grandmother, Kristie Angelo,

    Plaintiffs,

v.

The BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, a governmental entity;
REGGIE MARINELLI, in her official capacity as Jefferson County Sheriff;
WELLPATH LLC;
CARRIE EARLE, LPN, in her individual capacity;
REBECCA STRONG, LPN, in her individual capacity;
COURTNEY SLOWEY, LPN, in her individual capacity;
NICOLE WOLF, RN, in her individual capacity; and
ESMERALDA ZIEGELMANN, RN, in her individual capacity,

    Defendants.
_____

## ENTRY OF APPEARANCE
_____

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs Kristie Angelo, The Estate of Abby Angelo, and K.L.

    DATED at Denver, CO this 8th day of August 2023.

                                              *s/ Felipe Bohnet-Gomez*
                                              Felipe Bohnet-Gomez
                                              RATHOD | MOHAMEDBHAI LLC
                                              2701 Lawrence Street, Suite 100
                                              Denver, CO 80205
                                              (303) 578-4400
                                              fbg@rmlawyers.com