# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-01607-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo;
and K.L., a minor by and through his grandmother Kristie Angelo

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY;
REGGIE MARINELLI;
WELLPATH, LLC;
CARRIE EARLE, LPN;
REBECCA STRONG, LPN;
COURTNEY SLOWEY, LPN;
NICOLE WOLF, RN.; and
ESMERALDA ZIEGELMANN, RN,

    Defendants.

## ENTRY OF APPEARANCE

To the Clerk of the Court and all parties of record:

Ashlee B. Hesman of the law firm Struck Love Bojanowski & Acedo, PLC, hereby enters her appearance as counsel of record for Defendants Wellpath, LLC, Carrie Earle, Rebecca Strong, Courtney Slowey, Nicole Wolfe, and Esmeralda Ziegelmann.

I hereby certify that I am a member in good standing of the bar of this Court. *See* D.C. COLO. LAttyR 5(a).

- 2 -

Dated:  August 17, 2023          Respectfully submitted,

s/ Ashlee B. Hesman
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants Wellpath, LLC, Earle, Strong, Slowey, Wolfe, and Ziegelmann*

- 3 -

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 17th day of August, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Virginia Hill Butler
Matthew Cron
Siddhartha H. Rathod
Felipe Bohnet-Gomez
RATHOD MOHAMEDBHAI, LLC
2701 Lawrence Street, Ste. 100
Denver, CO 80205
vb@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff*

Rebecca Klymkowsky
Assistant Deputy County Attorney
Levi Stubbs
Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
rklymkow@jeffco.us
lstubbs@jeffco.us
*Attorneys for Jefferson County Defendants*

By: /s/ S. Berry