IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01607-CNS-STV

ESTATE OF ABBY ANGELO, et al.

Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, et al.,

Defendants.

## D.C.COLO.LCIVR 6.1(a) STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND JURY DEMAND [ECF 1]

Plaintiffs Estate of Abby Angelo, Kristie Angelo, as Personal Representative of the Estate and on behalf of K.L., a minor ("Plaintiffs") and Defendants Board of County Commissioners of Jefferson County and Jefferson County Sheriff Reggie Marinelli (the "JeffCo Defendants") hereby stipulate as follows pursuant to D.C.COLO.LCIVR 6.1(a):

1. D.C.COLO.LCIVR 6.1(a) permits parties to an action to "stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to a pleading or amended pleading." Such "stipulation must be filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure and shall be effective on filing, unless otherwise ordered." *Id.*

2. Currently, the JeffCo Defendants' response to the Complaint is due on Tuesday, August 22, 2023. Plaintiffs and the JeffCo Defendants stipulate to an extension of time up to and including September 6, 2023, for the JeffCo Defendants to respond to the Complaint. This extension represents a 15-day extension of the current deadline.

WHEREFORE, Plaintiff and the JeffCo Defendants hereby stipulate in writing pursuant to D.C.COLO.LCIVR 6.1(a) to extension of time up to and including **September 6, 2023**, for the JeffCo Defendants to respond to the Complaint.

Respectfully submitted this 21st day of August, 2023.

| JEFFERSON COUNTY ATTORNEY'S OFFICE | RATHOD \| MOHAMEDBHAI LLC |
|---|---|
| */s/ Rebecca P. Klymkowsky* | */s/ Virginia Hill Butler* |
| Rebecca P. Klymkowsky, No. 41673 | Virginia Hill Butler |
| Assistant Deputy County Attorney | Felipe Bohnet-Gomez |
| Levi Stubbs, No. 50262 | 2701 Lawrence Street, Suite 100 |
| Assistant County Attorney | Denver, Colorado 80205 |
| 100 Jefferson County Parkway, Suite 5500 | T: 303.578.4400 |
| Golden, Colorado 80419 | vb@rmlawyers.com |
| T: 303.271.8932 | fbg@rmlawyers.com |
| E: rklymkow@jeffco.us | *Attorneys for Plaintiffs* |
| E: lstubbs@jeffco.us | |
| *Attorneys for JeffCo Defendants* | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I filed the foregoing D.C.COLO.LCIVR 6.1(a) STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [ECF 1] via CM/ECF which will serve a true and correct copy upon the following:

Virginia Hill Butler | vb@rmlawyers.com
Felipe Bohnet-Gomez | fbg@rmlawyers.com
*Attorneys for Plaintiffs*

Ashlee B. Hesman | ahesman@strucklove.com
Kristina R. Rood | krood@strucklove.com
*Attorneys for Wellpath Defenants*

*/s/ Heather A. Hayward*
Heather A. Hayward, Paralegal