IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo; and
K.L., a minor, by and through his grandmother, Kristie Angelo,

    Plaintiffs,

v.

The BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, a governmental entity;
REGGIE MARINELLI, in her official capacity as Jefferson County Sheriff;
WELLPATH LLC;
CARRIE EARLE, LPN, in her individual capacity;
REBECCA STRONG, LPN, in her individual capacity;
COURTNEY SLOWEY, LPN, in her individual capacity;
NICOLE WOLF, RN, in her individual capacity; and
ESMERALDA ZIEGELMANN, RN, in her individual capacity,

    Defendants.

---

## JOINT MOTION FOR PROTECTIVE ORDER

The parties, through their respective undersigned counsel, jointly move the Court for the entry of a Protective Order pursuant Fed. R. Civ. P. 26(c), concerning the treatment of Confidential Information. As grounds therefor, the parties state as follows:

    1.    This case stems from the death of Abby Angelo while in custody at the Jefferson County Detention Facility. Certain documents in this matter contain information protected by a privacy interest recognized in federal court which may create privacy or other concerns if widely disseminated.

2. Such documents are regularly produced and marked as confidential under a protective order. Accordingly, the parties wish to enter a protective order to facilitate the exchange of discovery. Because the parties may later disagree about whether a particular document is subject to confidentiality, the proposed Protective Order contains a dispute resolution process to address this possibility.

3. The proposed Protective Order sets forth certain procedures to preserve the confidentiality of information and documents that may be the subject of discovery in this action. These protections will permit the parties to discuss various issues related to this action, without jeopardizing their rights of confidentiality. Accordingly, for good cause shown, the parties respectfully request that the attached proposed Stipulated Protective Order, attached as **Exhibit 1**, be entered.

WHEREFORE, for the reasons stated above, the parties respectfully ask this Court to enter the attached Stipulated Protective Order.

Respectfully submitted this 29th day of August, 2023.

**For Plaintiffs:**

*s/ Virginia Hill Butler*
Virginia Hill Butler
Matthew J. Cron
Felipe Bohnet-Gomez
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
vb@rmlawyers.com
mc@rmlawyers.com
fbg@rmalwyers.com

**For Wellpath Defendants**:

*s/ Ashlee Hesman*
Ashlee Hesman
Struck Love Bojanowski & Acedo
3100 W. Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600
ahesman@strucklove.com

**For Jefferson County Defendants**

*/s/ Rebecca Klymkowsky*
Rebecca P. Klymkowsky
Assistant Deputy County Attorney
Levi Stubbs
Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
(303) 271-8900
rklymkow@jeffco.us
lstubbs@jeffco.us

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2023, I electronically filed the foregoing **JOINT MOTION FOR PROTECTIVE ORDER** with the Clerk of the Court using the CM/ECF system which will send notification to such filing to the following email addresses:

Ashlee Hesman
Struck Love Bojanowski & Acedo
3100 W. Ray Road, Suite 300
Chandler, AZ 85226
(480) 420-1600
ahesman@strucklove.com

Rebecca P. Klymkowsky
Levi Stubbs
Jefferson County Attorney's Office
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
(303) 271-8900
rklymkow@jeffco.us
lstubbs@jeffco.us

*s/ Virginia Hill Butler*
Virginia Hill Butler

ATTORNEY FOR PLAINTIFFS