**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo; and
K.L., a minor by and through his grandmother Kristie Angelo

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY;
REGGIE MARINELLI;
WELLPATH, LLC;
CARRIE EARLE, LPN;
REBECCA STRONG, LPN;
COURTNEY SLOWEY, LPN;
NICOLE WOLF, RN;
ESMERALDA ZIEGELMANN, RN,

        Defendants.

---

**WELLPATH DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO
RESPOND TO PLAINTIFFS' COMPLAINT**

---

Defendants Earle, Slowey, Strong, Wolf, Ziegelmann (collectively, the "Individual Wellpath Defendants"), and Wellpath, LLC (collectively "Wellpath Defendants") respectfully request that the Court grant a brief, two-business-day extension of the deadline for Wellpath Defendants to respond to Plaintiffs' Complaint from September 8 to September 12, 2023. This is Wellpath Defendants' third request.[1]

---

[1] Prior to filing this Motion, Wellpath Defendants conferred with Plaintiffs who do not oppose their request.

Good cause exists for an additional (but brief) extension of time for Wellpath Defendants to respond to Plaintiffs' Complaint, as the parties require additional time to further their meet and confer efforts pursuant to Judge Sweeney's Uniform Civil Practice Standards prior to Wellpath Defendants moving to dismiss Plaintiffs' Complaint. Indeed, the parties telephonically met and conferred on September 7, 2023 and exchanged numerous emails in an attempt to resolve several of the claims that Wellpath Defendants seek to dismiss. For the foregoing reasons, Wellpath Defendants respectfully request that the Court grant a two-business-day extension of time to respond to Plaintiffs' Complaint from September 8 to September 12, 2023.

Dated:  September 8, 2023

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants Wellpath, Earle, Strong, Slowey, Wolf & Ziegelmann*

<u>**CERTIFICATE OF SERVICE (CM/ECF)**</u>

I HEREBY CERTIFY that on the 8th day of September, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.


Virginia Hill Butler
Matthew Cron
Siddhartha H. Rathod
Felipe Bohnet-Gomez
RATHOD MOHAMEDBHAI, LLC
2701 Lawrence Street, Ste. 100
Denver, CO 80205
vb@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff*

Rebecca Klymkowsky
Assistant Deputy County Attorney
Levi Stubbs
Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
rklymkow@jeffco.us
lstubbs@jeffco.us
*Attorneys for Jefferson County Defendants*


By: /s/ S. Berry