**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-01607-CNS-STV

ESTATE OF ABBY ANGELO, et al.,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, et al.

    Defendants.

---

**MOTION TO RESTRICT DOCUMENT**

---

    The Board of County Commissioners of Jefferson County and Jefferson County Sheriff Reggie Marinelli (the "Board" and "Sheriff," respectively; collectively, the "JeffCo Defendants"), by and through the Jefferson County Attorney, Assistant County Attorney Rebecca Klymkowsky, and Assistant County Attorney Levi Stubbs respectfully move this Court to restrict Exhibit A [ECF 42] to Jefferson County Defendants' Motion to Dismiss [ECF 41], JeffCo Defendants request a "Level 1" restriction which "limits access to the parties and the court" only based on the Court's Protective Order [ECF 33].

    Respectfully submitted this 12th day of September, 2023.

                                          JEFFERSON COUNTY ATTORNEY'S OFFICE

                                          By: */s/ Rebecca Klymkowsky*
                                          Rebecca Klymkowsky, #41673
                                          Assistant Deputy County Attorney
                                          Levi Stubbs, #50262
                                          Assistant County Attorney

100 Jefferson County Parkway, Suite 5500  
Golden, Colorado 80419  
Telephone: 303.271.8932  
Facsimile: 303.271.8901  
rklymkow@jeffco.us  
*Attorney for Sergeant Mark Snowden*

### CERTIFICATE OF SERVICE

I hereby certify that on September 12, 2023, I filed the foregoing MOTION TO RESTRICT DOCUMENT via CM/ECF, which will serve a true and correct copy upon the following:

Felipe Bohnet-Gomez | fbg@rmlawyers.com  
Virginia Hill Butler | vb@rmlawyers.com  
Matthew Cron | mc@rmlawyers.com  
Siddhartha H. Rathod | sr@rmlawyers.com  
RATHOD MOHAMEDBHAI, LLC  
*Attorneys for Plaintiffs*

Daniel P. Struck | dstruck@strucklove.com  
Ashlee B. Hesman | ahesman@strucklove.com  
Kristina R. Rood | krood@strucklove.com  
STRUCK LOVE BAJANSKI & ACEDO, PLC  
*Attorneys for Wellpath LLC Defendants*

/s/ Heather A. Hayward  
Heather A. Hayward, Paralegal