IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01607-CNS-STV

ESTATE OF ABBY ANGELO, et al.

Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, et al.,

Defendants.

**UNOPPOSED MOTION TO EXCEED PAGE LIMITATION
TO RESPOND TO FIRST AMENDED COMPLAINT AND JURY DEMAND [ECF 47]**

Defendants Board of County Commissioners of Jefferson County and Jefferson County Sheriff Reggie Marinelli (the "Board" and the "Sheriff," respectively; collectively, the "JeffCo Defendants") hereby move to be permitted to exceed the Court's page limitation by five (5) pages in responding to Plaintiffs' First Amended Complaint [ECF 47]. In support of this request, the JeffCo Defendants state as follows.

1. Undersigned counsel conferred regarding this request with Plaintiffs' counsel, who indicated that Plaintiffs do not object to the relief sought herein.

2. The JeffCo Defendants are mindful of the Court's page limitations and guidance, CIV. PRACT. STAND. 10.1(c)(1), (3), and undersigned counsel does not routinely seek to extend page limitations in motions practice.

3. Allowing the JeffCo Defendants an additional five (5) pages, for a total motion length of twenty (20) pages, is appropriate in this matter. CIV. PRACT. STAND. 10.1(c)(5) ("The

Court will entertain motions for extensions of the page limit where appropriate and for good cause.").

4. Undersigned counsel highlights the following considerations that weigh in favor of such an extension: Plaintiffs' First Amended Complaint is fifty (50) pages of detailed allegations and comprises five (5) distinct claims for relief. Undersigned counsel represents both the Board and the Sheriff, who are separately elected public entities with distinct statutory authority, and in the case of Plaintiffs' state law claims, distinct statutes of limitations governing claims brought against them. While the JeffCo Defendants share some arguments against Plaintiffs' claims in common, there are also arguments that apply only to the Board or to the Sheriff that undersigned counsel must address in responding to the Complaint.

WHEREFORE, the JeffCo Defendants respectfully request that the Court permit them an additional five (5) pages to respond to Plaintiffs' First Amended Complaint [ECF 47].

Respectfully submitted this 13th day of September, 2023.

JEFFERSON COUNTY ATTORNEY'S OFFICE

*/s/ Rebecca P. Klymkowsky*
Rebecca P. Klymkowsky, No. 41673
Assistant Deputy County Attorney
Levi Stubbs, No. 50262
Assistant County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
T: 303.271.8932
E: rklymkow@jeffco.us
E: lstubbs@jeffco.us
*Attorneys for the JeffCo Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2023, I filed the foregoing **UNOPPOSED MOTION TO EXCEED PAGE LIMITATION TO RESPOND TO FIRST AMENDED COMPLAINT [ECF 47]** via CM/ECF which will serve a true and correct copy upon the following:

| | |
|---|---|
| Felipe Bohnet-Gomez \| fbg@rmlawyers.com <br> Virginia Hill Butler \| vb@rmlawyers.com <br> Matthew Cron \| mc@rmlawyers.com <br> Siddhartha H. Rathod \| sr@rmlawyers.com <br> RATHOD MOHAMEDBHAI, LLC <br> *Attorneys for Plaintiffs* | Daniel P. Struck \| dstruck@strucklove.com <br> Ashlee B. Hesman \| ahesman@strucklove.com <br> Kristina R. Rood \| krood@strucklove.com <br> STRUCK LOVE BAJANSKI & ACEDO, PLC <br> *Attorneys for Wellpath LLC Defendants* |

*/s/ Heather A. Hayward*
Heather A. Hayward, Paralegal