IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01607-CNS-STV

ESTATE OF ABBY ANGELO, et al.,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, et al.

    Defendants.

---

### **UNOPPOSED** MOTION TO RESTRICT DOCUMENT

---

Pursuant to D.C.Colo.LCivR 7.2(c), the Board of County Commissioners of Jefferson County and Jefferson County Sheriff Reggie Marinelli (the "JeffCo Defendants"), by and through the Jefferson County Attorney, Assistant County Attorney Rebecca Klymkowsky, and Assistant County Attorney Levi Stubbs respectfully moves this Court to restrict Exhibit A [ECF 55] to the Jefferson County Defendants' Motion to Dismiss [ECF 54]. In support of this request, the JeffCo Defendants state as follows:

    1.    **Conferral.** Pursuant to D.C.Colo.LCivR 7.1(a) and (c), undersigned counsel represents that she has conferred with the other parties to this action and that no party objects to the relief sought herein.

    2.    Pursuant to D.C.Colo.LCivR 7.2(c), the JeffCo Defendants request that this Court place Exhibit A [ECF 55] under a Level 1 restriction, which limits access to the parties and the Court.

1

3.     A Level 1 restriction is appropriate in this case because Exhibit A consists of information from the Colorado State Court Data Access system, which undersigned counsel is prohibited from sharing under Colorado law except as it relates to her representation of the County. Because such information is not accessible to the public, it does not carry a presumption of public access and restricting the public's access does not harm any lawful interest. Additionally, since the JeffCo Defendants' Motion to Dismiss requests that the Court take judicial notice of the information contained in Exhibit A, redaction or summarization of that information would not be functional equivalents of providing the Court with the actual State Court Data Access documents at issue and would not follow the prerequisites of judicial notice.

4.     Requiring undersigned counsel to choose between compromising her ethical duty to zealously and fully represent her clients or violating her legal duties associated with accessing the Colorado State Court Data Access system imposes a clearly defined and serious injury upon the JeffCo Defendants should the Court decline to restrict access to Exhibit A.

5.     Undersigned counsel has requested a Level 1 restriction, the least restrictive status a filing may be given. Such restriction honors the protections afforded information from the Colorado State Court Data Access system and undersigned counsel's duties surrounding access to that system, while also permitting the Court and parties to consider relevant and reliable information related to this case.

WHEREFORE, the JeffCo Defendants respectfully request that the Court grant this Motion and place a Level 1 restriction on access to Exhibit A [ECF 55].

Respectfully submitted this 18th day of September, 2023.

                                    JEFFERSON COUNTY ATTORNEY'S OFFICE

                                    By: */s/ Rebecca Klymkowsky*
                                    Rebecca Klymkowsky, #41673
                                    Assistant Deputy County Attorney
                                    Levi Stubbs, #50262
                                    Assistant County Attorney
                                    100 Jefferson County Parkway, Suite 5500
                                    Golden, Colorado 80419
                                    Telephone: 303.271.8932
                                    Facsimile: 303.271.8901
                                    rklymkow@jeffco.us
                                    *Attorney for Sergeant Mark Snowden*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, I filed the foregoing **MOTION TO RESTRICT DOCUMENT** via CM/ECF, which will serve a true and correct copy upon the following:

Felipe Bohnet-Gomez | fbg@rmlawyers.com
Virginia Hill Butler | vb@rmlawyers.com
Matthew Cron | mc@rmlawyers.com
Siddhartha H. Rathod | sr@rmlawyers.com
RATHOD MOHAMEDBHAI, LLC
*Attorneys for Plaintiffs*

Daniel P. Struck | dstruck@strucklove.com
Ashlee B. Hesman | ahesman@strucklove.com
Kristina R. Rood | krood@strucklove.com
STRUCK LOVE BAJANSKI & ACEDO, PLC
*Attorneys for Wellpath LLC Defendants*

                                    */s/ Heather A. Hayward*
                                    Heather A. Hayward, Paralegal