**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo; and
K.L., a minor by and through his grandmother Kristie Angelo

      Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY;
REGGIE MARINELLI;
WELLPATH, LLC;
CARRIE EARLE, LPN;
REBECCA STRONG, LPN;
COURTNEY SLOWEY, LPN;
NICOLE WOLF, RN;
ESMERALDA ZIEGELMANN, RN,

      Defendants.

---

**WELLPATH DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT (DKT. 47)**

---

Defendants Earle, Slowey, Strong, Wolf, Ziegelmann (collectively, the "Individual Wellpath Defendants"), and Wellpath, LLC (collectively "Wellpath Defendants") move to exceed the Court's 15-page limitation delineated in Judge Sweeney's Uniform Civil Practice Standards by no more than fives pages. *See* Civ. Practice Standard 10.1(c)(1).[1]

---

[1] Wellpath Defendants conferred with Plaintiffs prior to filing this Motion. Plaintiffs do not oppose Wellpath Defendants' request to exceed the page limit by no more than five pages.

- 2 -

"The Court will entertain motions for extensions of the page limit where appropriate and for good cause." Civ Practice Standard 10.1(c)(5). Good cause exists warranting an extension of the Court's 15-page limit to respond to Plaintiffs' First Amended Complaint ("FAC"). Plaintiffs FAC spans 50 pages, is comprised of 285 paragraphs, and includes five distinct causes of action, which are asserted against various Defendants—e.g., and, as to Wellpath Defendants, (1) § 1983 failure to provide medical care claim against the Individual Wellpath Defendants; (2) § 1983 *Monell* claim against Wellpath; (3) medical malpractice against Wellpath Defendants; (4) negligent training and supervision against Wellpath; and (5) wrongful death against Wellpath Defendants. (*See* Dkt. 47 at ¶¶ 1–285.) Wellpath Defendants intend to move to dismiss three of Plaintiffs' claims for failure to state a claim, including Plaintiffs' § 1983 failure to provide medical care claim against the Individual Wellpath Defendants, § 1983 *Monell* claim against Wellpath, and negligent training and supervision against Wellpath. While Wellpath Defendants have taken efforts to comply with the Court's 15-page limit, Wellpath Defendants require a five-page extension of the page limit to adequately set forth and discuss the varying legal standards for each claim and analyze the relevant allegations (or the lack thereof) in relation to each claim.

For the foregoing reasons, Wellpath Defendants respectfully request that the Court grant their request to exceed the page limit by five pages and accept their 20-page Motion to Dismiss.

- 3 -

Dated:  September 21, 2023

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants Wellpath, Earle, Strong, Slowey, Wolf and Ziegelmann*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 21st day of September, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Virginia Hill Butler
Matthew Cron
Siddhartha H. Rathod
Felipe Bohnet-Gomez
RATHOD MOHAMEDBHAI, LLC
2701 Lawrence Street, Ste. 100
Denver, CO 80205
vb@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff*

Rebecca Klymkowsky
Assistant Deputy County Attorney
Levi Stubbs
Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
rklymkow@jeffco.us
lstubbs@jeffco.us
*Attorneys for Jefferson County Defendants*

By: /s/ S. Berry