**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo; and
K.L., a minor by and through his grandmother Kristie Angelo

       Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF
JEFFERSON COUNTY;
REGGIE MARINELLI;
WELLPATH, LLC;
CARRIE EARLE, LPN;
REBECCA STRONG, LPN;
COURTNEY SLOWEY, LPN;
NICOLE WOLF, RN;
ESMERALDA ZIEGELMANN, RN,

       Defendants.

## DEFENDANTS' NOTICE OF NON-PARTY AT FAULT

Pursuant to C.R.S. § 13-21-111.5(3)(b), Defendants Earle, Slowey, Strong, Wolf, Ziegelmann (collectively, the "Individual Wellpath Defendants"), Wellpath, LLC (collectively "Wellpath Defendants"), and the Board of County Commissions of Jefferson County (collectively, "Defendants") give notice that they intend to assert at trial that the following non-party was wholly or partially responsible for Plaintiffs, the Estate of Abby Angelo, Kristie Angelo as Personal Representative of the Estate of Abby Angelo, and K.L.'s (collectively, "Plaintiffs") alleged injuries and/or damages, if any, and therefore, liability must be apportioned accordingly.

**Abby Ann Angelo:**

On June 19, 2021, the Wheat Ridge Police Department ("WRPD") responded to a King Soopers' parking lot in response to a report of possible drug overdose. The report indicated that a female (Ms. Angelo) appeared to be passed out in a black Honda Accord. Ms. Angelo spoke to WRPD police officers when they arrived on scene, and the WRPD police officers ran her name in the system, which revealed that she had three outstanding arrest warrants for Failure to Appear – Narcotic Equipment, Failure to Appear – Identity Theft, and Failure to Appear – Dangerous Drugs. The WRPD officers arrested Ms. Angelo, and she was booked into the Jefferson County Detention Facility ("JCDF").

During Ms. Angelo's intake medical screening, she notified Wellpath medical providers that she **did not use** controlled substances and **was not withdrawing** from any substances. Ms. Angelo was housed in Module 6A Cell 22, and, between June 20 and 26, 2021, various JCDF deputies, including Deputy Scott, in that unit had contact with Ms. Angelo, at which times she allegedly informed Deputy Scott that she was tired, did not feel good, and was **withdrawing** from heroin. During a medical sick call on June 25, 2021, Ms. Angelo **denied drug use** to Wellpath medical staff. On June 27, 2021, Ms. Angelo informed Wellpath medical staff that she was withdrawing from opiates. RN Ziegelmann placed Ms. Angelo on an opioid withdrawal protocol—i.e., Clinical Opiate Withdrawal Score ("COWS")—and noted the decedent was experiencing mild withdrawal. On June 28, 2021, JCDF Deputy Petrakis and RN Wolf started afternoon medication pass, at which time RN Wolf arrived in Ms. Angelo's cell and saw her lying on top of her suicide blanket. Plaintiffs allege RN Wolf did a sternum rub and checked for a pulse, and Deputy Petrakis radioed that there was an unresponsive patient. Dr. Sharp pronounced Ms. Angelo dead at 4:41 p.m. Ms. Angelo died from tricuspid valve endocarditis.

Here, Plaintiffs allege that Defendants were deliberately indifferent to Ms. Angelo's serious medical need—i.e., treatment for tricuspid valve endocarditis—and fell below the standard of care in providing her care. However, upon information and belief, Ms. Angelo failed to notify Wellpath medical staff that she was an intravenous drug user and/or was withdrawing from opiates until June 27, 2021, approximately seven days into her detention. Additionally, and upon information and belief, tricuspid valve endocarditis is caused by intravenous drug use. Ms. Angelo caused her own injury (and Plaintiffs' injuries and damages) due to her intravenous drug use.

Discovery is ongoing. Defendants do not intend this Notice of Non-Party at Fault to be exhaustive. Defendants reserve the right to supplement this Notice if Plaintiffs' theories of liability change, as additional non-parties at fault surface, and/or if future discovery reveals additional theories, facts, and information that demand allocation of liability to any non-party including, but not limited to, any non-party identified in this Notice.

Dated:  September 21, 2023

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants Wellpath, LLC, BOCC of Jefferson County, Earle, Strong, Slowey, Wolf and Ziegelmann*

- 4 -

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 21st day of September, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Virginia Hill Butler
Matthew Cron
Siddhartha H. Rathod
Felipe Bohnet-Gomez
RATHOD MOHAMEDBHAI, LLC
2701 Lawrence Street, Ste. 100
Denver, CO 80205
vb@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff*

Rebecca Klymkowsky
Assistant Deputy County Attorney
Levi Stubbs
Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, CO 80419
rklymkow@jeffco.us
lstubbs@jeffco.us
*Attorneys for Jefferson County Defendants*

By: /s/ S. Berry