# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo; and
K.L., a minor, by and through his grandmother, Kristie Angelo,

Plaintiffs,

v.

The BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, a governmental entity;
REGGIE MARINELLI, in her official capacity as Jefferson County Sheriff;
WELLPATH LLC;
CARRIE EARLE, LPN, in her individual capacity;
REBECCA STRONG, LPN, in her individual capacity;
COURTNEY SLOWEY, LPN, in her individual capacity;
NICOLE WOLF, RN, in her individual capacity; and
ESMERALDA ZIEGELMANN, RN, in her individual capacity,

Defendants.

## D.C.COLO.LCIVR 6.1(A) STIPULATION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Plaintiffs and Defendants hereby stipulate as follows pursuant to D.C.COLO.LCIVR 6.1(a):

1. D.C.COLO.LCIVR 6.1(a) permits parties to an action to "stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure to respond to . . . interrogatories [and] requests for production." Such "stipulation must be filed before the expiration of the time limits to

respond prescribed in the Federal Rules of Civil Procedure and shall be effective on filing, unless otherwise ordered." *Id*.

2. Currently, Plaintiffs' response to Defendants' First Set of Interrogatories and Requests for Production is due October 30, 2023. Plaintiffs and Defendants stipulate to an extension of time up to and including November 10, 2023, for Plaintiffs to respond to Defendants' First Set of Interrogatories and Requests for Production. This extension represents an 11-day extension of the current deadline.

WHEREFORE, Plaintiffs and Defendants hereby stipulate in writing pursuant to D.C.COLO.LCIVR 6.1(a) to extension of time up to and including November 10, 2023, for Plaintiffs to respond to Defendants' First Set of Interrogatories and Requests for Production.

Respectfully submitted this 20th day of October, 2023.

| | |
|---|---|
| s/ Virginia Hill Butler<br>Virginia Hill Butler<br>Matthew Cron<br>Felipe Bohnet-Gomez<br>Siddhartha Rathod<br>RATHOD \| MOHAMEDBHAI LLC<br>vb@rmlawyers.com<br>mc@rmlawyers.com<br>fbg@rmlawyers.com<br>sr@rmlawyers.com<br><br>*Attorneys for Plaintiffs* | s/ Kristina Rood<br>Kristina Rood, #035097<br>Daniel P. Struck, #012377<br>Ashlee B. Hesman, #028874<br>STRUCK LOVE BOJANOWSKI &<br>ACEDO, PLC<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Phone: (480) 420-1600<br>Fax: (480) 420-1695<br>dstruck@strucklove.com<br>ahesman@strucklove.com<br>krood@strucklove.com<br><br>*Attorneys for Defendants BOCC of Jefferson County, Sheriff Marinelli, Wellpath, Earle, Strong, Slowey, Wolf and Ziegelmann* |