**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo; and
K.L., a minor by and through his grandmother Kristie Angelo

        Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY;
REGGIE MARINELLI;
WELLPATH, LLC;
CARRIE EARLE, LPN;
REBECCA STRONG, LPN;
COURTNEY SLOWEY, LPN;
NICOLE WOLF, RN.;
ESMERALDA ZIEGELMANN, RN,

        Defendants.

---

**DEFENDANTS' JOINT UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTIONS TO DISMISS**
**(DKTS. 54 & 62)**

---

Defendants, Earle, Slowey, Strong, Wolf, Ziegelmann (collectively, the "Individual Wellpath Defendants"), Wellpath, LLC (collectively "Wellpath Defendants"), Sheriff Marinelli, and the Board of County Commissions of Jefferson County (collectively, "JeffCo Defendants") (collectively, "Defendants"), move to extend the deadlines for Defendants to file their Replies in

Support of their respective Motions to Dismiss from November 6, 2023 to November 20, 2023. (Dkts. 54; 62.) [1]

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. Relevant Background

On June 23, 2023, Plaintiffs filed their Complaint. (Dkt. 1.) The Complaint is approximately 50 pages in length and comprised of 291-numbered paragraphs. (*Id.*) After extensive meet-and-confer discussions on Plaintiffs' Complaint, Plaintiffs filed their First Amended Complaint ("FAC") on September 12, 2023. (Dkt. 47.) The FAC is approximately the same size and length as the original Complaint. (*Id.*) JeffCo Defendants filed their Motion to Dismiss on September 13, 2023. (Dkt. 54.) Wellpath Defendants filed their Motion to Dismiss on September 25, 2023. (Dkt. 62.)

Plaintiffs moved for an extension of time and page limits to respond to Defendants' Motions. (Dkt. 64.) Specifically, Plaintiffs requested a two-and-a-half-week extension of the deadline to respond and leave to file an "omnibus" 40-page response, not to be split evenly between Defendants' Motions. (*Id.* at 3.) The Court granted Plaintiffs' request. (Dkt. 69.) Plaintiffs filed their Response on October 23, 2023. (Dkt. 75.) Their Response is approximately 39 pages and dedicates 23 pages of arguments to opposing Wellpath Defendants' Motion and 13 pages to opposing JeffCo Defendants' Motion. (*Id.*) Defendants' respective Replies are due November 6, 2023.

---

[1] Prior to filing this Motion, Defendants conferred with Plaintiffs who do not oppose their request. *See* D.C.COLO.LCivR 7.1(a).

**II.     Argument**

Good cause exists to extend the time for Defendants to file their respective Replies. Due to the size of Plaintiffs' Response, the amount of case law cited, and the arguments proffered, Defendants require additional time to prepare their Replies. Additionally, Defendants require additional time to file their Replies due to conflicting deadlines in other matters, including but not limited to, preparing a Settlement Memorandum in the United States District Court for the District of Arizona, *Renander v. Griego, et al.*, No. CV-21-01311-PHX-SRB (ASB) (D. Ariz.), preparing expert disclosures in the United States District Court for the Northern District of Texas, *Olague v. CoreCivic*, No. 6-22-CV-00070-H (N.D. Tex.), preparing a Reply in Support of Motion to Dismiss in the United States District Court for the District of Arizona, *Garai v. Mohave County, et al.*, No. 3:23-cv-08551-SMB-JZB (D. Ariz.), preparing for and attending mediation in *Estate of Hebert, et al. v. Jefferson County Sheriff Regina Marinelli, et al.,* 22-cv-02582-CNS-STV (D. Colo.), preparing and filing an appellate answer brief in *Matthews v. Jefferson County Board of Equalization*, Colorado Court of Appeals Case 2023CA10322, and preparing a Joint Status Report in the instant matter.

**III.    Conclusion**

For the foregoing reasons, Defendants respectfully request that the Court extend their deadline to file their Replies in Support of Motions to Dismiss to November 20, 2023.

Dated: November 6, 2023        Respectfully submitted,

s/ *Kristina R. Rood*
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants Wellpath, Earle, Strong, Slowey, Wolf & Ziegelmann*

JEFFERSON COUNTY ATTORNEY'S OFFICE

*/s/ Rebecca P. Klymkowsky*
Rebecca Klymkowsky, # 41673
Assistant Deputy County Attorney
Levi Stubbs, # 50262
Assistant County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
rklymkow@jeffco.us
lstubbs@jeffco.us
*Attorneys for Jefferson County Defendants*

- 5 -

# CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 6th day of November, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Virginia Hill Butler
    Matthew Cron
    Siddhartha H. Rathod
    Felipe Bohnet-Gomez
    RATHOD MOHAMEDBHAI, LLC
    2701 Lawrence Street, Ste. 100
    Denver, CO 80205
    vb@rmlawyers.com
    mc@rmlawyers.com
    sr@rmlawyers.com
    fbg@rmlawyers.com
    *Attorneys for Plaintiff*

    Rebecca Klymkowsky
    Assistant Deputy County Attorney
    Levi Stubbs
    Assistant County Attorney
    JEFFERSON COUNTY ATTORNEY'S OFFICE
    100 Jefferson County Parkway, Suite 5500
    Golden, Colorado 80419
    rklymkow@jeffco.us
    lstubbs@jeffco.us
    *Attorneys for Jefferson County Defendants*

By: /s/ *S. Berry*