IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 23-cv-01607-CNS-STV | Date:   November 15, 2023 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

*Parties:*

ESTATE OF ABBY ANGELO, THE, and
KRISTIE ANGELO

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF
JEFFERSON COUNTY, COLORADO, THE,
REGGIE MARINELLI,
WELLPATH LLC,
CARRIE EARLE,
REBECCA STRONG,
COURTNEY SLOWEY,
NICOLE WOLF, and
ESMERALDA ZIEGELMANN

    Defendant.

*Counsel:*

Felipe Bohnet-Gomez

Rebecca Klymkowsky (by phone)
Kristina Rood (by phone)

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session:    1:58 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the court on the Motion to Strike Defendants' Notice of Non-Party at Fault (ECF Doc. No. 61 & 70) [ECF Doc. No. 71, filed 10/12/2023] and Defendants' Motion to Amend Scheduling Order to File Amended Notice of Non-Party at Fault [ECF Doc. No. 86, filed 11/9/2023].

For the reasons stated on the record, it is:

**ORDERED:**    The Motion to Strike Defendants' Notice of Non-Party at Fault (ECF Doc. No. 61 & 70) [ECF Doc. No. 71] is **DENIED without prejudice**

Defendants' Motion to Amend Scheduling Order to File Amended Notice of Non-Party at Fault [ECF Doc. No. 86] is **GRANTED**.   The renewed designation of non-parties at fault shall be filed by close of business on November 16, 2023.

The deadline for filing the Motion to Strike is December 1, 2023.

HEARING CONCLUDED.

**Court in recess:**     **2:08 p.m.**
Total time in court:    00:10

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.