**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo; and
K.L., a minor by and through his grandmother Kristie Angelo

        Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY;
REGGIE MARINELLI;
WELLPATH, LLC;
CARRIE EARLE, LPN;
REBECCA STRONG, LPN;
COURTNEY SLOWEY, LPN;
NICOLE WOLF, RN;
ESMERALDA ZIEGELMANN, RN,

        Defendants.

**UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' AMENDED NOTICE OF NON-PARTY AT FAULT (DKT. 96)**

Defendants, Earle, Slowey, Strong, Wolf, Ziegelmann (collectively, the "Individual Wellpath Defendants"), Wellpath, LLC (collectively "Wellpath Defendants"), Sheriff Marinelli, and the Board of County Commissions of Jefferson County (collectively, "JeffCo Defendants") (collectively, "Defendants"), move to extend the deadline for Defendants to file their Response to

Plaintiffs' Motion to Strike Defendants' Amended Notice of Non-Party at Fault from December 22, 2023 to December 28, 2023.[1]

Good cause exists to extend the time for Defendants to file their Response to Plaintiffs' Motion. Defendants require additional time to prepare their Response due to the upcoming holiday and due to conflicting deadlines in other matters, including responding to discovery requests in the United States District Court for the District of Colorado, *Rogacki v. Wellpath, et al.*, No. 1:21-cv-02281-CNS-KAS (D. Colo.), preparing a Reply in Support of Motion for Summary Judgment in the United States District Court for the District of Arizona, *Militante v. CoreCivic, et al.*, No. CV-22-00352-PHX-DWL (JFM) (D. Ariz.), and responding to discovery requests in the instant matter. Additionally, undersigned counsel traveled to Albuquerque, New Mexico this week for an in-person deposition in the State of New Mexico County of Bernalillo Second Judicial District, *Bhula v. CoreCivic, et al.*, No. D-202-CV-2022-07554 (N.M.), which delayed her ability to prepare the at-issue Response.

For the foregoing reasons, Defendants respectfully request that the Court extend their deadline to file their Response to Plaintiffs' Motion to Strike Defendants' Amended Notice of Non-Party at Fault from December 22, 2023 to December 28, 2023.

---

[1] Prior to filing this Motion, Defendants conferred with Plaintiffs who do not oppose their request. *See* D.C.COLO.LCivR 7.1(a).

- 3 -

Dated this 22nd day of December, 2023.

        Respectfully submitted,

        s/ Kristina R. Rood
        Daniel P. Struck, #012377
        Ashlee B. Hesman, #028874
        Kristina Rood, #035097
        STRUCK LOVE BOJANOWSKI & ACEDO, PLC
        3100 West Ray Road, Suite 300
        Chandler, Arizona 85226
        Phone: (480) 420-1600
        Fax: (480) 420-1695
        dstruck@strucklove.com
        ahesman@strucklove.com
        krood@strucklove.com
        *Attorneys for Defendants Wellpath, LLC, BOCC of Jefferson County, Earle, Strong, Slowey, Wolf and Ziegelmann*

- 4 -

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 22nd day of December, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Virginia Hill Butler
Matthew Cron
Siddhartha H. Rathod
Felipe Bohnet-Gomez
RATHOD MOHAMEDBHAI, LLC
2701 Lawrence Street, Ste. 100
Denver, CO 80205
vb@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com
fbg@rmlawyers.com
*Attorneys for Plaintiff*

Rebecca Klymkowsky
Assistant Deputy County Attorney
Levi Stubbs
Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
rklymkow@jeffco.us
lstubbs@jeffco.us
*Attorneys for Jefferson County Defendants*

By: s/ S. Berry