IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-CV-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo; and
K.L., a minor by and through his grandmother Kristie Angelo

       Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY;
REGGIE MARINELLI;
WELLPATH, LLC;
CARRIE EARLE, LPN;
REBECCA STRONG, LPN;
COURTNEY SLOWEY, LPN;
NICOLE WOLF, RN;
ESMERALDA ZIEGELMANN, RN,

       Defendants.

**UNOPPOSED JOINT MOTION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST SET OF DISCOVERY**

Defendants, Earle, Slowey, Strong, Wolf, Ziegelmann (collectively, the "Individual Wellpath Defendants"), Wellpath, LLC (collectively "Wellpath Defendants"), Sheriff Marinelli, and the Board of County Commissions of Jefferson County (collectively, "JeffCo Defendants") (collectively, "Defendants"), move to extend the deadline for Defendants to respond to Plaintiffs' First Set of Discovery from December 18, 2023 to January 3, 2024.[1]

---

[1] Prior to filing this Motion, Defendants conferred with Plaintiffs who do not oppose their request. *See* D.C.COLO.LCivR 7.1(a).

Good cause exists to extend this deadline. While Defendants have been preparing their responses to Plaintiffs' First Set of Discovery, the parties' discovery dispute on the instant set of discovery delayed finalizing their responses. Additionally, due to the compound nature of the requests and the amount of information sought,[2] Defendants require additional time to prepare their responses. Defendants further require additional time to prepare their responses due to the upcoming holiday week and pre-planned holiday vacations.

For the foregoing reasons, Defendants respectfully request that the Court extend the deadline to respond to Plaintiffs' First Set of Discovery from December 18, 2023 to January 3, 2024.

---

[2] For example, Plaintiffs' Interrogatory No. 7 requests:

> Please identify (by name, address, telephone number, job title and employer) each and every County Defendant employee, contractor, and agent who was on duty and assigned to the JCDF between June 19 and 28, 2021; each and every Wellpath LLC employee, contractor, and agent who was on duty and assigned to the JCDF between June 19 and 28, 2021; each and every detainee/inmate, including identification numbers, who were detained on any floor(s) that Abby Angelo went to while at the JCDF between June 19 and 28, 2021; and anyone else who had any contact with Abby Angelo at the JCDF between June 19 and 28, 2021.

This constitutes at least **four** separate discovery requests—i.e., (1) identify "each and every County Defendant employee, contractor, and agent who was on duty and assigned to the JCDF between June 19 and 28, 2021"; (2) identify "each and every Wellpath LLC employee, contractor, and agent who was on duty and assigned to the JCDF between June 19 and 28, 2021"; (3) identify "each and every detainee/inmate, including identification numbers, who were detained on any floor(s) that Abby Angelo went to while at the JCDF between June 19 and 28, 2021"; and (4) identify "anyone else who had any contact with Abby Angelo at the JCDF between June 19 and 28, 2021."

Dated this 22nd day of December, 2023.

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina R. Rood, #035097
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants BOCC of Jefferson County, Earle, Marinelli, Slowey, Strong, Wellpath, Wolf, and Ziegelmann*

s/ Rebecca Klymkowsy (*w/ permission*)
Rebecca Klymkowsky
Assistant Deputy County Attorney
Levi Stubbs
Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
rklymkow@jeffco.us
lstubbs@jeffco.us
*Attorneys for Jefferson County Defendants*

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 22nd day of December, 2023 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

    Virginia Hill Butler
    Matthew Cron
    Siddhartha H. Rathod
    Felipe Bohnet-Gomez
    RATHOD MOHAMEDBHAI, LLC
    2701 Lawrence Street, Ste. 100
    Denver, CO 80205
    vb@rmlawyers.com
    mc@rmlawyers.com
    sr@rmlawyers.com
    fbg@rmlawyers.com
    *Attorneys for Plaintiff*

    Rebecca Klymkowsky
    Assistant Deputy County Attorney
    Levi Stubbs
    Assistant County Attorney
    JEFFERSON COUNTY ATTORNEY'S OFFICE
    100 Jefferson County Parkway, Suite 5500
    Golden, Colorado 80419
    rklymkow@jeffco.us
    lstubbs@jeffco.us
    *Attorneys for Jefferson County Defendants*

                                By: s/ S. Berry