IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 23-cv-01607-CNS-STV | Date:   March 7, 2024 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

*Parties:*

ESTATE OF ABBY ANGELO, THE, and
KRISTIE ANGELO,

    Plaintiffs,

v.

BOARD OF COUNTY COMMISSIONERS OF
JEFFERSON COUNTY, COLORADO, THE,
REGGIE MARINELLI,
WELLPATH LLC,
CARRIE EARLE,
REBECCA STRONG,
COURTNEY SLOWEY,
NICOLE WOLF, and
ESMERALDA ZIEGELMANN,

    Defendants.

*Counsel:*

Virginia Hill Butler
Felipe S. Bohnet-Gomez

Rebecca Klymkowsky (by phone)
Kristina R. Rood (by phone)

---

**COURTROOM MINUTES/MINUTE ORDER**

**DISCOVERY HEARING**
**Court in session:   8:59 a.m.**
Court calls case.  Appearances of counsel.
This matter is before the court on the discovery issues as set forth in the joint statement submitted by the parties.

Arguments by counsel.

Court in recess:        9:31 a.m.
Court in session:      9:36 a.m.

For the reasons stated on the record, it is:

**ORDERED:**        With respect to Interrogatory No. 2 and Request for Production No. 8., each side shall submit additional briefs by close of business on March 21,

2024.  The parties shall confer by March 14. 2024.  If the facts are largely undisputed and the parties believe they can be submitted by affidavits, then the parties shall contact Magistrate Judge Varholak's chambers so the matter can be set for a one hour hearing after the March 21 deadline.  On the other hand, if the parties believe there will be factual disputes and they would like more of an evidentiary hearing, the parties shall contact chambers so the matter can be set for an evidentiary hearing.

With respect to Interrogatory No. 6, the Defendants shall answer the interrogatory in its entirety.

With respect to Interrogatory No. 8, if Wellpath has a searchable database that would allow the search of the body of the complaints, then the court will order Wellpath to perform a search based on the appropriate search terms discussed by the parties.  If Wellpath does not have a searchable database as described above and all they haave is what counsel for the Sheriff's Office has explained, then what the the court will order produced is any complaints against the individual Defendants that they recall.

With respect to Interrogatory No. 10, the court orders the interrogatory to be answered.

With respect to Interrogatory No. 12, the court will order a response to the interrogatory but will limit it to the year 2021.

With respect to Request for Production Nos. 5 and 8, the court defers ruling until the next hearing in this matter.

HEARING CONCLUDED.
**Court in recess:      9:46 a.m.**
Total time in court:    00:42

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.