IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 23-cv-01607-CNS-STV              Date:  August 19, 2025
Courtroom Deputy: Sonia Chaplin                FTR – Reporter Deck-Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| THE ESTATE OF ABBY ANGELO and KRISTIE ANGELO, | Felipe S. Bohnet-Gomez Virginia Hill Butler |
| Plaintiffs, | |
| v. | |
| THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, et al., | Kristina R. Rood Rebecca Philana Klymkowsky |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:     1:36 p.m.**
Court calls case.  Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Parties shall be limited to **fifteen (15)** depositions for Plaintiff, **ten (10)** depositions for County Related Defendants and **ten (10)** depositions for Wellpath Related Defendants, absent leave of court.
Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission, absent leave of court.
Deadline for Joinder of Parties/Amendment of Pleadings: **October 13, 2023**
Discovery Cut-off: **March 6, 2026**
Dispositive Motion Notice Deadline: **March 16, 2026**  Ten days after the close of discovery, any party seeking to file a motion for summary judgment must email the chambers of Judge Sweeney to inform the Court of their intention to file a motion.  If no party seeks to file a motion for summary judgment, the parties must jointly contact chambers to obtain dates for trial and a trial preparation conference.
Each side shall be limited to **four (4)** expert witnesses, absent leave of court.
Plaintiffs shall designate affirmative experts **on or before November 21, 2025.**
Defendants shall designate affirmative experts **on or before December 19, 2025.**
Plaintiff shall designate rebuttal experts **on or before January 23, 2026.**

**STATUS CONFERENCE** not set at this time.  If the Court determines one is necessary, one will be set by minute order.  The parties may request a status conference by contacting chambers (303) 335-2365, by a joint conference call.

The parties must notify chambers (varholak_chambers@cod.uscourts.gov) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.

**FINAL PRETRIAL CONFERENCE** will be set by the chambers of Judge Sweeney.  Counsel shall jointly email Judge Sweeney's chambers **within 24 hours** of the scheduling conference to obtain a date for a Final Pretrial Conference.

The Court advises the parties to review Judge Sweeney's Practice Standards, as well as the Uniform Civil Practice Standards for Magistrate Judges, especially for the manner in which it addresses discovery disputes.

Scheduling Order is signed and entered on August 19, 2025.

Hearing concluded.

**Court in recess:**        **1:41 p.m.**
Total time in court:     00:05

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.