**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo;
and K.L., a minor by and through his grandmother Kristie Angelo

        Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY;
REGGIE MARINELLI;
WELLPATH, LLC;
CARRIE EARLE, LPN;
REBECCA STRONG, LPN;
COURTNEY SLOWEY, LPN;
NICOLE WOLF, RN;
ESMERALDA ZIEGELMANN, RN,
MONICA ALBERS, RN,

        Defendants.

---

**DEFENDANTS' MOTION TO EXTEND ALL UNEXPIRED CASE MANAGEMENT
DEADLINES**

---

        Defendants, Earle, Slowey, Strong, Wolf, Ziegelmann, Albers (collectively, the

"Individual Wellpath Defendants"), Wellpath, LLC (collectively "Wellpath Defendants"),

Sheriff Marinelli, and the Board of County Commissions of Jefferson County (collectively,

"Defendants"), move to extend all unexpired case management deadlines by 60 days.

This is Defendants' first request to extend the deadlines set in the Court's August 20, 2025 Amended Scheduling Order. D.C.COLO.LCivR 6.1(b).[1]

## I.    Background

On November 15, 2024, Wellpath filed a Suggestion of Bankruptcy and Notice of Automatic Stay. (Dkt. 183.) On February 11, 2025, the Court administratively closed the case subject to any party moving to reopen it for good cause. (Dkt. 187.) On May 29, 2025, Plaintiffs filed a Partially Unopposed Motion to Reopen Administratively Closed Case and Set a Status Conference. (Dkt. 189.) The Court granted the request and reopened the matter as to Individual Wellpath Defendants on June 3, 2025, and as to Sheriff Marinelli on June 16, 2025. (Dkts. 190; 194.)

On August 19, 2025, the Court held a Scheduling Conference. (Dkt. 200.) On August 20, 2025, the Court issued an Amended Scheduling Order setting the following case management deadlines:

- Deadline for Plaintiffs' expert disclosures: November 21, 2025;

- Deadline for Defendants' expert disclosures: December 19, 2025;

- Deadline for rebuttal expert disclosures: January 23, 2026;

- Deadline for discovery: March 6, 2026; and

- Deadline for notice of dispositive motions: March 16, 2026.

---

[1] Defense counsel conferred with Plaintiffs' counsel regarding their request. Plaintiffs oppose Defendants' request for a 60-day extension. D.C.COLO.LCivR 7.1(a).

(Dkt. 201 at 11–12.) Plaintiffs timely served their expert disclosures on November 21, 2025. Defendants now move to extend all unexpired case management deadlines.

## II.     Good Cause Exists to Extend All Unexpired Case Management Deadlines.

Here, good cause exists warranting an extension of all unexpired case management deadlines. Undersigned counsel will be moving to withdraw as counsel of record for Defendants.[2] An extension of all unexpired case management deadlines is therefore necessary to allow time for Defendants to retain new counsel and prepare expert deadlines accordingly.

## III.     Conclusion[3]

For the foregoing reasons, Defendants respectfully request that the Court extend all unexpired case management deadlines as follows:

- Deadline for Defendants' expert disclosures: February 17, 2026;

- Deadline for rebuttal expert disclosures: March 24, 2026;

- Deadline for discovery: May 5, 2026; and

- Deadline for dispositive motion notice: May 15, 2026.

---

[2] Defense counsel will explain the basis for their withdrawal in a separately filed Motion to Withdraw.

[3] Defense counsel certify that they served a copy of their Motion to Extend All Unexpired Case Management Deadlines on their client. D.C.COLO.LCivR 6.1(c).

Dated:  December 19, 2025          Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina R. Rood, #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants BOCC of Jefferson
County, Earle, Marinelli, Slowey, Strong,
Wellpath, Wolf, Ziegelmann, and Albers*

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 19th day of December, 2025 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Virginia Hill Butler
Matthew Cron
Siddhartha H. Rathod
Felipe Bohnet-Gomez
Aria Vaughan
RATHOD MOHAMEDBHAI, LLC
2701 Lawrence Street, Ste. 100
Denver, CO 80205
vb@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com
fbg@rmlawyers.com
av@rmlawyers.com
*Attorneys for Plaintiff*

Rebecca Klymkowsky
Assistant Deputy County Attorney
Levi Stubbs
Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, CO 80419
rklymkow@jeffco.us
lstubbs@jeffco.us
*Attorneys for Jefferson County Defendants*

By: /s/ E. Glover