**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-CV-01607-CNS-STV

The ESTATE OF ABBY ANGELO;
KRISTIE ANGELO, as Personal Representative of the Estate of Abby Angelo;
and K.L., a minor by and through his grandmother Kristie Angelo

       Plaintiffs,

v.

THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY;
REGGIE MARINELLI;
WELLPATH, LLC;
CARRIE EARLE, LPN;
REBECCA STRONG, LPN;
COURTNEY SLOWEY, LPN;
NICOLE WOLF, RN;
ESMERALDA ZIEGELMANN, RN,
MONICA ALBERS, RN,

       Defendants.

**DEFENDANTS' REPLY IN SUPPORT OF MOTION TO EXTEND ALL UNEXPIRED
CASE MANAGEMENT DEADLINES**

As an initial matter, this is Defendants' first request to extend current case management deadlines.[1] Defendants request that the Court extend deadlines by 60 days—i.e., a reasonable amount to allow time for new counsel to come up to speed on

---

[1] Prior to Wellpath filing for bankruptcy, Defendants moved to modify the Scheduling Order once before to allow time for them to file a Notice of Non-Party at Fault. (Dkt. 86.)

the matter and prepare expert disclosures. (Dkt. 212 at 1.) The Court previously found that this constituted good cause to warrant an extension of deadlines and should do so again here. (Dkt. 217 ("Defendants have shown good cause for the extension in that current counsel needs to move to withdraw as counsel and new counsel will need to familiarize themselves with the case.").) *See, e.g., Rogacki v. Jefferson County, et al.*, No. 21-cv-02281-CNS-KAS (D. Colo. Nov. 13, 2026), ECF No. 149 (granting Wellpath Defendants' motion to extend case management deadlines, including the affirmative expert disclosure deadline, where it was Wellpath Defendants' first request to extend deadlines and where defense counsel advised they would be withdrawing as counsel of record).

Further, Defendants have made significant and diligent efforts to meet current deadlines in this case. Details regarding the timing of and reasoning for undersigned counsel's withdrawal and new counsel's appearance are pertinent to those efforts. If the Court is inclined, Defendants can provide these details and further explain their efforts and the timing of their withdrawal to the Court. However, doing so would reveal privileged information, and thus, such information would need to be provided *ex parte*.

## Conclusion

For these reasons, Defendants request that the Court grant their Motion.

Dated: January 21, 2026

Respectfully submitted,

s/ Kristina R. Rood
Daniel P. Struck, #012377
Ashlee B. Hesman, #028874
Kristina R. Rood, #035097
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Phone: (480) 420-1600
Fax: (480) 420-1695
dstruck@strucklove.com
ahesman@strucklove.com
krood@strucklove.com
*Attorneys for Defendants BOCC of Jefferson County, Earle, Marinelli, Slowey, Strong, Wellpath, Wolf, Ziegelmann, and Albers*

- 4 -

### CERTIFICATE OF SERVICE (CM/ECF)

      I HEREBY CERTIFY that on the 21st day of January, 2026 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      Virginia Hill Butler
Matthew Cron
Siddhartha H. Rathod
Felipe Bohnet-Gomez
Aria Vaughan
RATHOD MOHAMEDBHAI, LLC
2701 Lawrence Street, Ste. 100
Denver, CO 80205
vb@rmlawyers.com
mc@rmlawyers.com
sr@rmlawyers.com
fbg@rmlawyers.com
av@rmlawyers.com
*Attorneys for Plaintiff*

Rebecca Klymkowsky
Assistant Deputy County Attorney
Levi Stubbs
Assistant County Attorney
JEFFERSON COUNTY ATTORNEY'S OFFICE
100 Jefferson County Parkway, Suite 5500
Golden, CO 80419
rklymkow@jeffco.us
lstubbs@jeffco.us
*Attorneys for Jefferson County Defendants*

Christpher Ryan Jones
Allison J. Becker, *Pro Hac to be sought*
GORDON REES SCULLY MANSUKHANI
555 Seventeenth Street, Suite 3400
Denver, CO 80202
crjones@grsm.com
abecker@grsm.com
*Attorneys for Defendants BOCC of Jefferson County, Earle, Marinelli, Slowey, Strong, Wellpath, Wolf, Ziegelmann, and Albers*

      By: <u>/s/ E. Glover</u>