IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| | | |
|---|---|---|
| Civil Action: | 23-cv-01607-CNS-STV | Date: August 17, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| THE ESTATE OF ABBY ANGELO<br>KRISTI ANGELO<br>K.L.<br>**Plaintiffs** | *Felipe Bohnet-Gomez*<br>*Virginia Hill Butler*<br>*Aria Vaughan* |
| **v.** | |
| THE BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO<br>REGGIE MARINELLI<br>WELLPATH LLC<br>CARRIE EARLE<br>REBECCA STRONG<br>COURTNEY SLOWEY<br>NICOLE WOLF<br>ESMERALDA ZIEGELMANN<br>MONICA ALBERS<br>**Defendants** | *Eric Butler*<br>*Christopher Jones* |

**COURTROOM MINUTES**

**ORAL ARGUMENT**

Court in Session: 12:58 p.m.

Appearance of counsel.

Argument given on [241] Wellpath, LLC's Motion to Dismiss Pursuant to Bankruptcy Court's January 26, 2026, Clarifying Order by Mr. Johns and Ms. Hill Butler with questions from the Court.

As outlined on the record it is

**ORDERED: [241] Wellpath, LLC's Motion to Dismiss Pursuant to Bankruptcy Court's January 26, 2026, Clarifying Order is DENIED without prejudice.**

Discussion held on the nondelegable duty doctrine claim.

**ORDERED: Plaintiffs are to go back to the Bankruptcy Court, as outlined.**

**Oral motion to add the liquidating trust as a nominal defendant is GRANTED.**

**Parties are to file a Status Report following the Bankruptcy Court's ruling.**

Discussion held on Magistrate Judge Varholak's Order on pending motion.

Court in Recess: 1:25 p.m. Hearing concluded. Total time in Court: 00:27